IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01079-WDM-PAC

JAMES LAMER ANDERSON,

    Plaintiff,

v.

MARILYN MADDOCKS,
DISTRICT ATTORNEY ADRIENNE GREEN, and
DETECTIVE GILBERTO LUCIO,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 29 2006

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: 6/24/06

BY THE COURT:

_/s/_
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01079-WDM-PAC

James Lamer Anderson
Prisoner No. 395490
Denver County Jail
PO Box 1108 – 8-E-11
Denver, CO 80201

US Marshal Service
Service Clerk
Service forms for: Marilyn Maddocks,
Adrienne Green, and Detective Gilberto Lucio

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to U.S. Marshal Service for service of process on Marilyn Maddocks, Adrienne Green, and Detective Gilberto Lucio: COMPLAINT FILED 6/7/06, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 6/29/06.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk