IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01079-WDM-PAC

JAMES LAMER ANDERSON,

    Plaintiff(s),

v.

MARILYN MADDOCKS, et al.,

    Defendant(s).

ORDER

Patricia A. Coan, United States Magistrate Judge

This is a *pro se* prisoner civil rights action under 42 U.S.C. §1983.   It is

**HEREBY ORDERED** as follows:

(1) Plaintiff's Prisoner Complaint, tendered to the court on July 3, 2006, is **STRICKEN**, because it is identical to the Prisoner Complaint filed by plaintiff on June 7, 2006;

(2) Plaintiff's Motion for Leave to Proceed in Forma Pauperis . . . (Doc. #10), filed July 3, 2006, is **DENIED AS MOOT.**  Plaintiff was granted leave to proceed in forma pauperis on June 19, 2006 (Doc. #5);

(3) Plaintiff's Motion to Have Defendants Served (Doc. #9), filed July 3, 2006, is **GRANTED IN PART AND DENIED IN PART** as follows: The court has ordered the United States Marshal to serve a summons and copy of the complaint on each defendant, at the government's expense, pursuant to 28 U.S.C. §1915(d).  *See* June 29, 2006 Order Granting Service by United States Marshal (Doc. #8) However, plaintiff is obligated to

<u>serve copies of all other filings in this case on the defendants</u>. *See* Fed.R.Civ.P. 5.

Dated July 10, 2006.

                                      BY THE COURT:

                                      <u>s/ Patricia A. Coan</u>
                                      PATRICIA A. COAN
                                      United States Magistrate Judge