IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01079-WDM-PAC

JAMES LAMER ANDERSON,

    Plaintiff(s),

v.

MARILYN MADDOCKS, et al.,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that plaintiff's Motion to Amend [filed July 14, 2006; Doc. No. 18] is **denied** for failure to state any facts in support of the claims.

    IT IS **FURTHER ORDERED** that plaintiff's Motion to Amend [filed July 14, 2006; Doc. No. 19] which appears to be a duplicate of Document No. 18, is **denied** as moot.

    IT IS **FURTHER ORDERED** that defendant's Motion for Extension from Defendant Adrienne Green [filed July 27, 2006; Doc. No. 26] is **GRANTED** as follows:

    Defendant Green has until on or before **August 11, 2006** to file her answer or other responsive pleading.

    IT IS **FURTHER ORDERED** that plaintiff's Motion to Obtain Response [filed August 1, 2006; Doc. No. 28] is **denied** as mooted by today's orders.

Dated: August 2, 2006