IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01079-WDM-PAC

JAMES LAMER ANDERSON,

    Plaintiff(s),

v.

MARILYN MADDOCKS, et al.,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that plaintiff's Motion to Amend, filed August 8, 2006 (Doc. #39), is denied for failure to allege any new facts to support the claims asserted in his complaint.  It is

    **FURTHER ORDERED** that the court will give plaintiff one opportunity to cure any deficiencies in his original complaint.  **Plaintiff may file an Amended Complaint with the court on or before September 12, 2006.  After that date, no further amendments will be allowed under Fed.R.Civ.P. 15(a).**

Dated:  August 10, 2006