IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01079-WDM-PAC

JAMES LAMER ANDERSON,

    Plaintiff(s),

v.

MARILYN MADDOCKS, et al.,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    Plaintiff filed an Amended Complaint on August 16, 2006.

    IT IS **HEREBY ORDERED** that plaintiff's Motion to Amend Complaint, filed August 16, 2006 (Doc. #43), is **DENIED** to the extent he seeks to amend the Amended Complaint. Plaintiff does not allege any new facts to support the claims asserted in the Amended Complaint.  Further, the court advised plaintiff on August 10, 2006, that he could file one amended complaint on or before September 15, 2006.  It is

    **FURTHER ORDERED** that plaintiff shall file his response to Renewed Motion to Dismiss from Defendant Adrienne Greene, filed August 17, 2006, **on or before September 25, 2006**.  It is

    **FURTHER ORDERED** that defendant Lucio shall file an Answer or other responsive pleading to the Amended Complaint, filed August 16, 2006, **on or before September 11, 2006.**

    **FURTHER ORDERED** that plaintiff's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915, filed August 16, 2006 (Doc. #45), is **DENIED AS MOOT**. *See* July 26, 2006 Minute Order.

Dated:  August 22, 2006