IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01079-WDM-PAC

JAMES LAMER ANDERSON,

    Plaintiff(s),

v.

MARILYN MADDOCKS, et al.,

    Defendant(s).
_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN

    IT IS **HEREBY ORDERED** that Plaintiff's "Motion to Stay Judgement" (Doc. #86), filed November 29, 2006, is **GRANTED** as follows: Plaintiff shall file his responses to Defendant Gilbert Lucio's Motion for Summary Judgment (Collateral Estoppel) (Doc. #55), filed August 29, 2006, and defendant Marilyn Maddocks' Motion to Dismiss for Failure to State a Claim (Doc. #62), filed September 18, 2006, **on or before January 18, 2007**.

Dated:  December 4, 2006