IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-01079-WDM-PAC

JAMES LAMER ANDERSON,

    Plaintiff,

v.

DETECTIVE GILBERTO LUCIO,

    Defendants.

## ORDER ON MOTION TO CLARIFY

Miller, J.

    This matter is before me on the Motion to Clarify and for Defendant to Move Forward Against Lucio (doc no 110).  On March 23, 2007, I issued an order accepting the recommendation of Magistrate Judge O. Edward Schlatter that Plaintiff's claims against Defendants Marilyn Maddocks and Adrienne Greene be dismissed in their entirety.  I also accepted Magistrate Judge O. Edward Schlatter's recommendation that the motion for summary judgment filed by Defendant Gilberto Lucio be denied.  Plaintiff has moved to clarify the scope of the claims remaining against Defendant Lucio.

    Upon review of Magistrate Judge Schlatter's recommendation and my order, I note that I failed to address Magistrate Judge Schlatter's recommendation that Plaintiff's Fourteenth Amendment equal protection claim against Defendant Lucio be dismissed.  I agree with Magistrate Judge Schlatter that Plaintiff has failed to allege facts sufficient to show that he was treated differently from others who were similarly situated, an essential

element of an equal protection claim. *Grubbs v. Bailes*, 445 F.3d 1275, 1281-82 (10th Cir. 2006). Therefore, this claim should be dismissed and my March 23, 2007 order should be amended as follows:

> Plaintiff's Fourteenth Amendment equal protection claim against Defendant Lucio is dismissed.

Accordingly, it is ordered:

1. Plaintiff's motion to clarify (doc no 110) is granted. My March 23, 2007 is amended to dismiss Plaintiff's equal protection claim against Defendant Lucio with prejudice.

2. Discovery may proceed in accordance with the Federal Rules of Civil Procedure and all applicable orders now governing this matter.

DATED at Denver, Colorado, on May 3, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge