IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01079-WDM-PAC

JAMES LAMER ANDERSON,

    Plaintiff(s),

v.

DETECTIVE GILBERTO LUCIO,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that Marilyn Maddocks' Motion for Orders Requesting Authorization to Not Attend Preliminary Scheduling Conference and To Be Deleted as a Party Requiring Service Under Federal Rule of Civil Procedure 5(a) [Doc. #116; filed May 8, 2007] is **GRANTED**.  It is

    FURTHER **ORDERED** that the caption of this case shall be amended to reflect that <u>Detective Gilberto Lucio is the only remaining defendant</u>.  Defendants Marilyn Maddocks and District Attorney Adrienne Green were dismissed from this action on March 23, 2007.  *See* Doc. #109.

Dated:  May 8, 2007