IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01079-WDM-KLM

JAMES LAMER ANDERSON,

    Plaintiff(s),

v.

DETECTIVE GILBERTO LUCIO,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter comes before the Court on Plaintiff's Request for Production of Documents [Docket No. 136, Filed August 21, 2007] ("Plaintiff's motion"); and Motion to Withdraw as Counsel filed by Stan M. Sharoff [Docket No. 141, Filed August 14, 2007]. The Court construes Plaintiff's motion as a motion to compel production of documents pursuant to Fed. R. Civ. P. 37(a).  Defendant has filed a written response averring that he has produced the documents requested by Plaintiff [Docket No. 140, Filed September 11, 2007], and Plaintiff has not asserted otherwise.  Accordingly,

    IT IS HEREBY **ORDERED** that Plaintiff's motion [Docket No. 136] is **DENIED**.

    IT IS FURTHER HEREBY **ORDERED** that the Motion to Withdraw as Counsel [Docket No. 141] is **GRANTED**.  Attorney Stan M. Sharoff is relieved of any further representation of Defendant in the above-captioned matter.  The Clerk's Office is instructed to remove Stan M. Sharoff from the electronic certificate of mailing.

Dated:  September 25, 2007