IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01079-WDM-KLM

JAMES LAMER ANDERSON,

     Plaintiff(s),

v.

DETECTIVE GILBERTO LUCIO,

     Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter comes before the Court on Plaintiff's Motion to Submit Additional Interrogatories and to Ask the Court to Compel Defendant to Produce Documents [Docket No. 138, Filed September 5, 2007] ("Plaintiff's motion").  Plaintiff's motion seeks:  (1) an order compelling Defendant to supplement his answers to two interrogatories; (2) an order compelling Defendant to answer certain interrogatories in full; (3) an order compelling Defendant to comply with Plaintiff's request to produce certain video tapes; and (4) leave to "ask a [sic] additional hundred interrogatories to make sure that Plaintiff can present his case properly before the Court."

     IT IS HEREBY **ORDERED** that Plaintiff's motion [Docket No. 138] is **GRANTED in part, DENIED in part**.  The Court's ruling is set forth below:

1.     To the extent that Defendant's answers to Interrogatory 2.5 and Interrogatory 2.9 refer to additional information as "submitted herewith," but Defendant did not submit such information, Defendant **shall** supplement his answers by transmitting copies of the additional information to Plaintiff.  Plaintiff's request to compel this information is **granted**.

2.     To the extent that Plaintiff seeks to compel Defendant to provide more thorough answers to Interrogatories 2.6, 3.0, 3.2, 3.4-.11, this request is **denied**.  The Court finds that Defendant's answers conform with his obligations under Fed. R. Civ. P. 33.

3. To the extent that Plaintiff seeks to compel Defendant to produce three video tapes that Defendant has certified he does not possess, this request is **denied**.

4. To the extent that Plaintiff seeks leave to take additional discovery, this request is **denied**. The discovery deadline has expired, and Plaintiff has failed to offer good cause for extending it. Moreover, by Order dated May 22, 2007 [Docket No. 120], Plaintiff was given leave to ask twenty-five (25) interrogatories. Plaintiff has done so, and has failed to offer good cause in support of his request herein to seek additional interrogatories.

Dated: September 28, 2007