IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01079-WDM-KLM

JAMES LAMER ANDERSON,

     Plaintiff(s),

v.

DETECTIVE GILBERTO LUCIO,

     Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter comes before the Court pursuant to Plaintiff's Motion to Compel Defendant Gilberto Lucio to Give Plaintiff Attestation [Docket No. 149, Filed October 10, 2007] ("the motion").

     IT IS HEREBY **ORDERED** that the motion is **GRANTED**.  Defendant shall provide Plaintiff with a copy of his "attestation," as set forth in the Exhibit to Plaintiff's motion, by **October 26, 2007**.

Dated:  October 12, 2007