IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01079-WDM-KLM

JAMES LAMER ANDERSON,

      Plaintiff(s),

v.

DETECTIVE GILBERTO LUCIO,

      Defendant(s).

_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter comes before the Court pursuant to Plaintiff's Motion to Compel [Docket No. 152, Filed October 17, 2007] ("Motion No. 152"]; and Plaintiff's Motion to Respond and Compel [Docket No. 155, Filed October 31, 2007] ("Motion No. 155").

IT IS HEREBY **ORDERED** that Motion No. 152 is **DENIED as moot**.  Defendant certified that it complied with the Court's Order of October 15, 2007 [Docket No. 151] on October 26, 2007 [Docket No. 154].  Further, Plaintiff filed a second motion to compel, Motion No. 155, seeking the same relief.

IT IS FURTHER **ORDERED** that Motion No. 155 is **DENIED without prejudice**. Defense Counsel represents that Defendant complied with the Court's Order of October 15, 2007 on October 23, 2007.  *See* Defendant's Response to Plaintiff's Motion to Compel [Docket No. 154, Filed October 26, 2007].  The Court accepts Defense Counsel's representation as an officer of the Court.

Dated:  November 2, 2007