IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01079-WDM-KLM

JAMES LAMER ANDERSON,

    Plaintiff(s),

v.

DETECTIVE GILBERTO LUCIO,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter comes before the Court pursuant to Plaintiff's Motion to Respond and Compel [Docket No. 158, Filed November 6, 2007] ("Plaintiff's motion").  Defendant filed a response to Plaintiff's motion and certified that the attestation in dispute was produced to Plaintiff [Docket No. 160, Filed November 7, 2007].

    IT IS HEREBY **ORDERED** that Plaintiff's motion is **DENIED as moot**.

Dated:  November 13, 2007