IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01079-WDM-KLM

JAMES LAMER ANDERSON,

    Plaintiff(s),

v.

DETECTIVE GILBERTO LUCIO,

    Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Emergency Motion to Obtain Court Order to Protect Legal Documents and Books and for Plaintiff to be Allowed to Take Items to DOC [Docket No. 163; Filed December 17, 2007] (the "Motion"). Defendant filed a response on January 9, 2008 [Docket No. 167]. Plaintiff is scheduled to be transferred from the Denver County Jail to the Colorado State Department of Corrections (CDOC). Pursuant to CDOC Administrative Regulation 850-6(IV)(E)(3)(a), he is allowed to bring a two cubic foot box of legal paperwork and books with him. Plaintiff seeks an order of the Court to require the Denver County Jail and CDOC to permit him to transfer legal paperwork and books amounting to double what the regulation allows. Neither the Denver County Jail nor the CDOC are parties in the above-captioned matter.

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**. As a preliminary matter, the Court has no authority to compel non-parties to act. Further, the legal paperwork and book limitation imposed by the CDOC regulation is reasonable and serves a legitimate purpose. *Green v. Johnson*, 977 F.2d 1383, 1390 (10th Cir. 1992); *see also Turner v. Safley*, 482 U.S. 78, 89 (1987). Finally, Plaintiff cannot establish that he has suffered an actual injury. *See Lewis v. Casey*, 518 U.S. 343, 351-52 (1996).

Dated: January 11, 2008