IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01079-WDM-KLM

JAMES LAMER ANDERSON,

   Plaintiff(s),

v.

DETECTIVE GILBERTO LUCIO,

   Defendant(s).
_____

**ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's Motion to Give Notice and Ask for Court Order or Injunction [Docket No. 183; Filed February 28, 2008] (the "Motion"). Plaintiff's case was administratively closed on February 8, 2008 [Docket No. 179].[1] In the present Motion, Plaintiff appears to seek relief against nonparties in a case that has been closed.

IT IS HEREBY **ORDERED** that the Motion is **DENIED**. The Court has no authority to grant Plaintiff the relief that he seeks against nonparties. In addition, Plaintiff's case is now closed, and the merits of any alleged injuries, new or otherwise, cannot be adjudicated therein.

---

[1] The Court notes that since January 23, 2008, two Court Orders issued in this case [Docket Nos. 171 and 174] have been returned as undeliverable to Plaintiff. This appears to be due to the fact that Plaintiff was transferred from the Denver County Jail in mid-January, and Plaintiff did not provide the Court with a forwarding address as he was required to do by D.C. Colo. L. Civ. R. 10.1M. The Order dismissing Plaintiff's case [Docket No. 179] has not been returned. Pursuant to this Order, out of an abundance of caution, the Court directs the Clerk to resend Orders No. 171, 174, and 179 to Plaintiff at the address provided by Plaintiff in his Motion.

IT IS FURTHER **ORDERED** that the Clerk shall send Order Nos. 171, 174, 179, and this Order to the address listed below:

James Lamer Anderson # 67796
Colorado Department of Corrections
Arkansas Valley Correctional Facility, Unit 1, P.O. Box 1000
Crowley, CO 81034

Dated: March 3, 2008

BY THE COURT:

s/ Kristen L. Mix
U.S. Magistrate Judge
Kristen L. Mix