IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 06-cv-01079-WDM-KLM

JAMES LAMER ANDERSON,

      Plaintiff,

v.

DETECTIVE GILBERTO LUCIO,

      Defendants.

---

## ORDER OF DISMISSAL

---

Miller, J.

      Following certain dispositive rulings, I determined that the only remaining issue in this case, Plaintiff's claim of wrongful arrest against Defendant Detective Gilbert Lucio, was barred by *Heck v. Humphrey*, 512 U.S. 477 (1994). On February 8, 2008, I ordered that this case be administratively closed pending final determination of Plaintiff's criminal conviction. The parties were informed that unless they could show good cause to reopen the matter within one year of the date of the order, the case would be dismissed without prejudice. Over a year has elapsed since that order was issued and no filings have been

received showing good cause to reopen the case.  Accordingly, this case is dismissed without prejudice.

DATED at Denver, Colorado, on February 24, 2009.

BY THE COURT:


s/ Walker D. Miller
United States Senior District Judge